## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No.** |
| | ) | |
| | ) | **Count One:  18 U.S.C. § 287** |
| **v.** | ) | **(False Claim)** |
| | ) | |
| **JOHN R. BROCK,** | ) | **and Criminal Forfeiture** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### INFORMATION

The United States of America charges that:

### COUNT ONE

### [18 U.S.C. § 287 – False Claim]

1.      From in or about September 2008 through April 2011, in the District of Columbia and elsewhere, defendant,

### JOHN R. BROCK,

made and presented to the Armed Forces Institute of Pathology, a branch of the Department of Defense, claims upon and against the United States and the Department of Defense, that is, defendant submitted numerous claims for travel expenses through the Defense Travel System resulting in payment to defendant of more than $485,000, knowing such claims to be false, fictitious, and fraudulent, in that the expenses were never incurred.

All in violation of Title 18, United States Code, Section 287.

## CRIMINAL FORFEITURE

[18 U.S.C. § 981(a)(1)(C);
28 U.S.C. § 2461 – Criminal Forfeiture]

2.      Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the defendant, once convicted of Count One (making a false claim, in violation of 18 U.S.C. § 287) shall forfeit to the United States the following property: A sum of money equal to the total amount of payments on the false claims received by defendant Brock from the Department of Defense in violation of 18 U.S.C. § 287, as charged in Count One, for which the defendant is convicted.

3.      Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 26, United States Code, Section 2461, the defendant shall forfeit substitute property, up to the value of the amount described in the foregoing paragraphs, if, by any act or omission of the defendant, the property described in such paragraphs, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

4.      The property subject to forfeiture as proceeds or as substitute assets includes, but is not limited to, the following:

      a.      a 1966 Bristol 27 foot sailboat;

      b.      a 1969 Dufour 30 foot sailboat;

      c.      a C&C 39 foot sailboat;

      d.      a 2004 Audi A4s automobile;

e.     real property located at 215 White Oak Blvd., Jacksonville, NC; and

f.     real property located at 1845 Crofton Parkway, Crofton, MD.


Dated: October 5, 2011.                              Respectfully submitted,

                                                     JACK SMITH
                                                     Chief, Public Integrity Section

                                     By:     _____
                                                     RICHARD B. EVANS
                                                     Trial Attorney
                                                     United States Department of Justice
                                                     Public Integrity Section
                                                     1400 New York Ave. NW, 12th Floor
                                                     Washington, DC  20005
                                                     (202) 353-7760 – Telephone
                                                     Richard.B.Evans@usdoj.gov