UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**JOHN R. BROCK,**  Criminal No. 11-302 (RLW)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant
G. Allen Dale

I consent:

_____
Assistant United States Attorney
Richard B. Evans

APPROVED:

_____
Robert L. Wilkins
United States District Judge

Dated: October 13, 2011