U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

John R. Brook

Case No.   11-cr-00302   (RLW)

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __13th__ day of __October, 2011__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _October, 18, 2011_ by _Geordie Stutzman, FBI_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _FBI WFO_ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_Robert L. Wilkins_
Judge (U.S. Magistrate) Robert L. Wilkins

curt

DOJ USA-16-1-80