UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>      v.                     )<br>)<br>JOHN R. BROCK,          )<br>)<br>      Defendant.     )<br>_____ )<br>)<br>In re Petition of Hillary F. Clap  )<br>_____ ) | Case No. 1:11-CR-302 (RLW) |

**UNITED STATES' SUBMISSION OF COPY OF CLAIM OF THIRD-PARTY
PETITIONER HILLARY F. CLAP TO 1969 DUFOUR 30' SAILBOAT**

    The United States of America, by and through its undersigned counsel, in response to this Court's Minute Order entered May 3, 2013, directing the government to advise the Court if it has a copy of Ms. Clap's petition, hereby submits a copy of the petition, and associated documents, received by the government in or about August 2012 (attached as Exhibit 1). The Petition to Amend Forfeiture (without exhibits) and the Memorandum in Support of Petition are also found on the electronic docket for this case as Exhibits 1 and 2, respectively, to the Brief in Support of United States' Request to Reconsider Docketing of Petition and Motion to Dismiss Claim of Third-Party Petitioner Hillary F. Clap to 1969 Dufour 30' Sailboat. *See* D.E. No. 22-1 and 22-2.

                                      JAIKUMAR RAMASWAMY, Chief
                                      Asset Forfeiture and Money Laundering Section

/s/:   Jennifer E. Ambuehl
       JENNIFER E. AMBUEHL
       Trial Attorney
       Illinois Bar, No. 6295766; Missouri Bar, No. 61401
       U.S. Department of Justice, Criminal Division
       1400 New York Ave., NW, Suite 10100
       Washington, D.C. 20530
       Phone: (202) 514-1263
       Jennifer.Ambuehl@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2013, I electronically filed the foregoing document and exhibits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.  I further certify that on May 7, 2013, I have mailed the same by United States Postal Service to the following non-CM/ECF participants: Hillary F. Clap, address on file.

                              JAIKUMAR RAMASWAMY, Chief
                              Asset Forfeiture and Money Laundering Section

/s/:   Jennifer E. Ambuehl
       JENNIFER E. AMBUEHL
       Trial Attorney
       Illinois Bar, No. 6295766; Missouri Bar, No. 61401
       U.S. Department of Justice, Criminal Division
       1400 New York Ave., NW, Suite 10100
       Washington, D.C. 20530
       Phone: (202) 514-1263
       Jennifer.Ambuehl@usdoj.gov