IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| v.        ) | |
| ) | Case No. 1:11-CR-302 (RLW) |
| JOHN R. BROCK,        ) | |
| ) | |
| Defendant.        ) | |
| _____ ) | |
| ) | |
| In re Petition of Hillary F. Clap        ) | |
| _____ ) | |

LIMITED REQUEST TO RESCHEDULE JUNE 6, 2013 HEARING

The United States, by and through its undersigned attorney, hereby provides notice to the Court that it is prepared to proceed on June 6, 2013, if the Court anticipates that the proceedings will take the form of a motion hearing on the government's Motion to Dismiss Claim of Third Party Petitioner Hillary F. Clap to 1969 Dufour 30' Sailboat pursuant to Federal Rule of Criminal Procedure 32.2(c)(1)(A) ("the Motion") (D.E. No. 22).  If the Motion is granted, the government respectfully submits that the need for a hearing on the Petitioner's Petition is obviated.  To the extent that this Court determines that Petitioner Clap has stated a claim upon which relief can be granted, and after the Court has disposed of the government's motion, the government understands that there may be a full evidentiary hearing on the Claimant's petition.  See Fed. R. Crim. P. 32.2(c)(1)(A) and (B).  In advance of any full evidentiary hearing, the government intends to move this Court for leave to conduct discovery pursuant to Rule 32.2(c)(1)(B).  Therefore, to the extent that this Court's Minute Order entered on May 30, 2013, contemplates conducting an ancillary (full evidentiary) hearing to resolve the merits of Petitioner Clap's

petition, the government respectfully requests that this portion of the June 6, 2013 hearing be rescheduled to a date sometime after the resolution of the government's Motion.

        Respectfully submitted,

        Jaikumar Ramaswamy, Chief
        Asset Forfeiture and Money Laundering Section

        /s/ Jennifer E. Ambuehl
        Jennifer E. Ambuehl
        Trial Attorney
        Illinois Bar, No. 6295766; Missouri Bar, No. 61401
        U.S. Department of Justice, Criminal Division
        Asset Forfeiture and Money Laundering Section
        1400 New York Ave., NW, Ste. 10100
        Washington, DC 20530
        Telephone:  (202) 514-1263
        Fax: (202) 514-5522
        E-mail: jennifer.ambuehl@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record. I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Hillary F. Clap, address on file.

      Respectfully submitted,

      Jaikumar Ramaswamy, Chief
      Asset Forfeiture and Money Laundering Section

      /s/ Jennifer E. Ambuehl
      Jennifer E. Ambuehl
      Trial Attorney
      Illinois Bar, No. 6295766; Missouri Bar, No. 61401
      U.S. Department of Justice, Criminal Division
      Asset Forfeiture and Money Laundering Section
      1400 New York Ave., NW, Ste. 10100
      Washington, DC 20530
      Telephone: (202) 514-1263
      Fax: (202) 514-5522
      E-mail: jennifer.ambuehl@usdoj.gov