AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-CR-302 (RLW) |
| JOHN R. BROCK | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                             .

Date:     07/01/2013

/s/ Alexis Loeb
*Attorney's signature*

Alexis Loeb/CA Bar 269895/NY Bar 4604484
*Printed name and bar number*

U.S. Department of Justice
1400 New York Ave., N.W., Ste. 10100
Washington, D.C. 20530
*Address*

alexis.loeb@usdoj.gov
*E-mail address*

(202) 514-1263
*Telephone number*

(202) 616-2547
*FAX number*